

## 11TH COURT OF APPEALS
### EASTLAND, TEXAS
### JUDGMENT

Keith Sproles,

Vs. No. 11-21-00021-CV

Clyde Amburn,

\* From the County Court at Law No. 2 of Taylor County, Trial Court No. 7131.

\* July 30, 2021

\* Per Curiam Memorandum Opinion (Panel consists of: Bailey, C.J., Trotter, J., and Williams, J.)

This court has considered Keith Sproles's motion to dismiss this appeal and concludes that the motion should be granted. Therefore, in accordance with this court's opinion, the appeal is dismissed. The costs incurred by reason of this appeal are taxed against Keith Sproles.